## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CHAD DEABAY, | ) |
| | ) |
| and | ) |
| | ) |
| DEABAY OUTDOORS, INC. d/b/a OXBOW LODGE, | ) ) ) |
| Plaintiffs, | ) ) **Docket No. 1:15-cv-00035-NT** |
| vs. | ) ) |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

NOW COME the parties in the above-captioned matter, by and through their respective attorneys and hereby stipulate to the dismissal of all claims and counterclaims brought by or against Plaintiffs/Counterclaim Defendants Chad C. Deabay and Deabay Outdoors, Inc., and Defendant/Counterclaim Plaintiff Philadelphia Indemnity Insurance Company with prejudice and without costs to any party.

Dated: 11/23/2015        /s/ Robert W. Weaver
                         Robert M. Morris, Esq.
                         Robert W. Weaver, Esq.
                         Attorney for Plaintiff/Counterclaim Defendants
                         Chad C. Deabay and Deabay Outdoors, Inc.

**IRWIN TARDY & MORRIS**
183 Middle Street, 4th Floor
P.O. Box 7030
Portland, ME 04112-7030
Tel: (207) 772-0303

Dated:  11/30/2015        /s/ Daniel R. Mawhinney
                          Daniel R. Mawhinney
                          Brendan R. O'Rourke
                          Attorneys for Defendant/Counterclaim Plaintiff
                          Philadelphia Indemnity Insurance Company

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P.O. Box 4630
Portland, Maine 04112-4630
(207) 774-2500